UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CELESTE B.,

Plaintiff,

Case No. 2:25-cv-11547
Honorable Anthony P. Patti

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_______________________/

**JUDGMENT**

The above entitled matter has come before the Court on cross-motions for summary judgment, and in accordance with the Court's opinion and order granting in part and denying in part Plaintiff's motion for summary judgment and granting in part and denying in part Defendant's motion for summary judgment entered on June 19, 2026, and remanding this matter to the Commissioner for further proceedings (ECF No.19) :

**IT IS ORDERED AND ADJUDGED** and the case is hereby remanded to the Commissioner for further proceedings consistent with the Court's opinion and order.

Dated: October 14, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE